IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKIE L. CHIPMAN,

    Plaintiff,                       No. CIV S-11-2770 GEB EFB PS

vs.

MARCIA F. NELSON, et al.,

    Defendants.                      <u>ORDER</u>

       This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 12, 2012, the court granted plaintiff until March 30, 2012 to file an amended complaint in this action. Dckt. No.64. Then, on March 28, 2012, plaintiff filed a request for an extension of that deadline. Dckt. No. 65. Many of the defendants named in plaintiff's original complaint filed oppositions to that request. Dckt. Nos. 66-73. However, on March 30, 2012, plaintiff filed her first amended complaint. Dckt. No. 74. Accordingly, plaintiff's request for an extension of time to amend, Dckt. No. 65, is denied as moot.

DATED: April 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE