IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKI CHIPMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCIA F. NELSON, M.D.; ENLOE MEDICAL CENTER; JOSEPH M. MATTHEWS, M.D.; GERARD VALCARENGHI, M.D.; DALE J. WILMS, M.D.; DINESH VERMA, M.D.; ATTILA KASZA, M.D.; JUDGE BARBARA S. ROBERTS; CHRISTI CALKINS; JOANIE O. MAHONEY; JANE STANSELL; JULIE CLARK-MARTIN; DIRK POTTER; BRENDA BOGGS-HARGIS; KINDRED HOSPITAL – FOLSOM; EVA LEW, M.D.; MARK AVDALOVIC, M.D.,<br><br>    Defendants.<br>_____/ | No. 2:11-cv-2770-GEB-EFB PS<br><br><br><br><u>ORDER</u> |

        On March 13, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

////

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 13, 2013, are ADOPTED;

2. Defendants' motions to dismiss, Dckt. Nos. 76, 77, 78, 79, 80, 83, 85, 87, 94, 95, and 96, are granted as provided in the magistrate judge's findings and recommendations;

3. Plaintiff's entire first amended complaint is dismissed with leave to amend, except as to plaintiff's defamation claim and other claims barred by California's litigation privilege, plaintiff's claim under California Penal Code section 471.5, plaintiff's false imprisonment claim, and all claims against defendants Roberts, Calkins, and O'Mahoney, which are dismissed without leave to amend; and

4. Plaintiff is granted forty-five days from the date of this order to file a second amended complaint as narrowed above and as provided in the magistrate judge's findings and recommendations.

Dated: March 28, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge