UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE L. CHIPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIA F. NELSON, M.D., ENLOE MEDICAL CENTER, JOSEPH M. MATTHEWS, M.D., GERARD R. VALCARENGHI, M.D., DALE J. WILMS, M.D., DINESH VERMA, M.D., ATTILA KASZA, M.D., JANE STANSELL, KIMBERLY MERRIFIELD, DIRK POTTER, JULIE CLARK-MARTIN, BRENDA BOGGS-HARGIS, KINDRED HOSPITAL SACRAMENTO, EVA LEW, M.D., MARK AVDOLAVIC, M.D., and DOES 2 through 25,<br><br>    Defendants. | No. 2:11-cv-2770-TLN-EFB PS<br><br>ORDER |

Currently pending before the court are numerous motions to dismiss plaintiff's fifth amended complaint, ECF Nos. 337, 338, 340, 341, 342, 343, 344, 345, 347; plaintiff's motion for default judgment against defendant Kimberly Merrifield, ECF No. 372; and defendant Merrifield's motion to set aside entry of default, ECF No. 375. These motions are currently set for hearing on January 7, 2015.

/////

1

On December 10, 2014, plaintiff filed a request to continue the hearing on these motions, ECF No. 373, explaining that it would difficult for her to travel to California to appear for the hearing on January 7, 2015, due to her employment. She therefore requests that the matter be continued to a later date.

In light of plaintiff's representations, it is hereby ORDERED that the January 7, 2015, hearing is continued to February 4, 2015. Plaintiff shall file an opposition or statement of non-opposition to defendants' motions to dismiss and Merrifield's motion to set aside entry of default on or before January 21, 2015. Defendants' replies, if any, shall be filed by January 28, 2015.

SO ORDERED.

DATED: December 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE