UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHIE L. CHIPMAN,

Plaintiff,

v.

MARCIA F. NELSON, M.D., ENLOE MEDICAL CENTER, JOSEPH M. MATTHEWS, M.D., GERARD R. VALCARENGHI, M.D., DALE J. WILMS, M.D., DINESH VERMA, M.D., ATTILA KASZA, M.D., JANE STANSELL, DIRK POTTER, JULIE CLARK-MARTIN, BRENDA BOGGSHARGIS, KINDRED HOSPITAL SACRAMENTO, EVA LEW, M.D., MARK AVDOLAVIC, M.D., and DOES 1 through 25,

Defendants.

No. 2:11-cv-2770-TLN-EFB PS

ORDER

The court has received a letter from plaintiff dated June 7, 2016. It does not appear that the letter was served on counsel for the other parties in this case. Further, the letter, which plaintiff did not file with the court, addresses the merits of various discovery motions that were previously before the court for hearing on May 18, 2016. Local Rule 135(d) provides that "[u]nless a party expressly waives service, copies of all documents submitted to the Court shall be served upon all parties to the action . . . ." There is no indication that plaintiff served all parties

with a copy of the letter, and therefore it is an improper ex parte communication. The court has also been informed by staff that plaintiff has previously called chambers and attempted to discuss merits-related issues in her case. Such communications similarly constitute an attempt to engage in improper ex parte communications with the court.

Given that plaintiff is proceeding in pro per, she will be accorded the benefit of the doubt as to her awareness of the prohibition of such communications. However, plaintiff is admonished that ex parte communications with the court, including communications with chamber's staff, are prohibited and that any attempt in the future to engage in ex parte communications regarding the merits of this case may result in the imposition of sanctions. *See* E.D. Cal. L.R. 110 (providing that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); E.D. Cal. L.R. 183 (governing persons appearing in pro se and providing that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be grounds for dismissal, judgment by default, or other appropriate sanctions); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor).

Furthermore, given that plaintiff failed to serve a copy of the June 7, 2016 letter, a copy of the letter is appended to this order to inform all parties of the content of the communication. Because the filing is in violation of the Federal Rules of Civil Procedure and Local Rules for submitting briefs, the arguments and attachments contained in the letter will not be considered.

So Ordered.

DATED: June 15, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

June 7, 2016

FILED
JUN 0 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Hon. Judge Edmond F. Brennan
United States District Court
Eastern District of California at Sacramento
501 I Street, #3-200
Sacramento, California 95814

RE: Case Number: 2:11-cv-02770-TLN-EFB

Dear Honorable Judge Edmund F. Brennan,



I am writing this letter directly, in explanation; and to show you that I, Plaintiff Pro Se, Rickie L. Chipman, did in fact request all seven (7) subpoenas with the court and thereby did receive the subpoena forms from the court, with the Federal court clerk's signature. The first three (3) U.S. Federal Court Clerk signed subpoenas were dated **12/8/2015.**

(A copy of SUPBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS... with the U.S. District Court Eastern District of CA **clerk's signature dated 12/8/2015** is enclosed).

I filed three separate docketed Affidavits with/and Subpoenas, identifying to each: Bertha Murillo, JoAnn Gilchrist, and the Butte County Superior Court Clerk, Chico, CA. Directing and naming my complete requests to each, all filed with the Eastern District Court on December 9, 2015.

Three subpoenas holding the Court clerk's signature, each stating 'the United States District Court for the Eastern District of California, w/ Civil Action No. 2:11-cv-02770-TLN-EFB w/ my name, naming me Plaintiff v. Marcia F. Nelson, et al., and for *production*: Command, Place, Date and Time. The subpoenas, **with the Court clerk's signature** also contained the docketed corresponding affidavit and subpoena to each request, as had been previously filed with the court as dockets to alert and notify all defendants of this pending action (included was the docketed blank Proof of Service form), on the cover, with written statement : subpoena first page stated: "PLEASE SEE; REFER TO ATTACHED AFFIDAVIT". Copy is enclosed with the Federal Court clerk's signature, the form for first three

subpoenas, that was rewritten without it, as my process server Michael Jenkins was advised by Butte County Superior Court, Chico, CA after she'd first signed for it, then read "Please see attached Affidavit" for data requested, and then told Michael Jenkins, 'the subpoena was "incorrect" and they had to be redone '. No explanation was given by the Butte County Court clerk or Jenkins. The subpoenas were re-written in haste and the correct forms, signed by the Federal Court Clerk on December 8, 2015, were not used.

The first three (3) subpoenas were then served *again* by Process Server Michael Jenkins from December 15 – 21, 2015, and for reasons stated above, did not hold the signature of the Federal Court Clerk. No, response came from Ms. Bertha Murillo, yet, the two other subpoenas, even without the Court's signature, were responded to. (A copy of the **bill** dated December 21, 2015, as charged by process server Michael Jenkins to myself for service of the **three subpoenas** to the above named entities/individuals from December 15-21, 2015 is enclosed).

The next four subpoenas two months later, which were served on February 24, 2016, did have the signature of the Federal Court clerk dated February 9, 2016, and were served by process server, Michael Jenkins as billed to myself were to: [One] Attorney Jane E. Stansell; (who's proof of service is held as docketed proof in **Doc. No. 477-3** filed on 3/21/2016 and was filed with the court two months prior to the May 18, 2016 Hearing, whereby Jane E. Stansell's attorney **William Munoz** falsely denied this proof.) [Two] To former attorney Dirk Potter; [Three] To Enloe Billing; [Four] To Kindred Billing. All four have Proof of Service.

(Copies of the **Bill and four subpoenas**, signed by the Federal Court clerk on February 9, 2016, and four Proof of Service, dated February 24, 2016, delivered and as signed by process server Michael Jenkins are enclosed.)

According to F. R.C.P. 45 and Rule 250.5 (d) Subpoenas duces tecum, responses, and proofs of service thereof shall not be filed unless.. is in issue shall be filed.

Your Honor, you had stated during the hearing held on May 18, 2016, that Ms. Murillo had never

received a subpoena, and this is not true, as Ms. Bertha Murillo, the Public Guardian Supervisor, in Oroville, CA truly did receive a legal subpoena. On May 19, 2016, I personally visited Ms. Murillo at her office. The Guardian Files that I have a legal right to do remain relevant evidence in this case, as they will demonstrate the vehicle by which my mother was abused, illegally taken from her family, which allowed two hospitals and multiple physicians to continue to harm her to her wrongful death. Ms. Murillo advised me personally that she will need to receive an "OK from Butte County Counsel" before she would release the documents to me. I advised her that I was only there for a few more hours, and that Butte County Counsel, had sent me a letter to come to the Guardian Office to view and copy the documents, and that she was in receipt of a subpoena, which she did acknowledge. Ms. Murillo stated, "You will need to go the Butte County Counsel office and have them call her to release the information." I went directly over to the Butte County Counsel office as directed, and was advised by their receptionist, who is also defendant Kimberly Merrifield's receptionist, that she "Spoke with Counsel, and she was unable to give permission to look at my mother's file without a formal written request." I then wrote out a formal request, and handed it to the receptionist, Christine. Christine then advised me that she would get me an answer to my (latest) written request in ten business days. I have not heard from their office.

Transcripts on May 18, 2016 ~

pg. 12 lines 12-14

THE COURT: "There's no proof of service...it doesn't appear that the motion was ever served."

Please note that the subpoena was served on Ms. Bertha Murillo on December 18, 2015, over 5 months ago. My subpoena request to the Federal Court, prior to service is contained in **Doc. No. 449** filed 12/09/2015, was filed prior to service, and therefore shows a blank proof of service page.

I've enclosed the **proof of service to Bertha Murillo** by Jenkins, as well as the bill for said service.

I've enclosed the other **two subpoenas, to JoAnn Gilchrist-Custodian of Records, and to the**

**Court Clerk Supervisor, Shari Golden.** I did receive responses from these two.

Seven subpoenas have been served, the first three from December 15-21, 2015 mistakenly without the signature of the clerk (although I had received those documents signed by the Federal Court Clerk), and the later four subpoenas served on February 24, 2016 holding the Federal Court clerk's signature.

I have filed **proof of service to attorney Jane E. Stansell**, within Doc. No. 477-3 filed 3/21/16 and I will retain an attorney to request the complete files held by attorney Stansell, in my mother's name, as I am the administrator of her estate and now speak for her in this regard. This information does remain relevant to this case for many reasons. Stansell and Merrifield illegally kept my mother, after all fraudulent accusations against myself and family were dismissed on September 24, 2010, in Butte County Court. Stansell's records will show why defendant Kindred and its defendant physicians then only communicated with Stansell and Merrifield regarding the harmful care that was forced upon my mother to her wrongful death. The information in Stansell's files will show beyond a shadow of doubt that I was denied multiple legal transfers, that I should have been allowed to speak for my mother prior to her wrongful death, and that she should not have died in the manner that she did.

Your Honor, as you had stated to me during the May 18, 2016 hearing (Transcripts Pg. 11, Lines 19-20), "You should know better, you're a nurse..."

With the utmost respect for you, I would like to state that I do know better. As a professional nurse, it is my daily duty to recognize any harm that comes to my patients, and I did know what harm I was witnessing occurring to my mother's body and life, over months and months in both defendant hospitals. Yes, I agree with you, I am not a medical doctor, but since 1991, when I graduated with a Bachler's of Science in Nursing, it has been my professional duty to communicate side effects I have observed of new medications and treatments given to patients by their doctors. I have and continue to communicate daily with multiple physicians, who do not see their patients on a daily basis, and discuss my observations and concerns. I often receive orders to change procedures secondary to my observations. At one point in my over twenty years professional career as a registered nurse, it was my

responsibility to review the new admits to the University of Washington Medical Center, to decipher what care they had received, symptoms they were demonstrating, to compare all lab values, and directly communicate to the physicians caring for these patients what diagnoses they were also treating that they were not documenting. The physicians would then update their documentation to include the neglected diagnoses, and develop a new plan of care.

Respectfully,

Rickie L. Chipman, BSN, RN

Rickie L. Chipman, BSN, RN
Plaintiff Pro Se

.

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 12-21-15

NAME Rickie L. Chipman

ADDRESS PO Box 11503

CITY, STATE, ZIP Bainbridge Island, Washington 98110

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Served subpoena to produce | | |
| 2 | documents, information or objects | | |
| 3 | or to permit inspection of premises | | |
| 4 | in a civil action case #2:11-cv-02770-TLN-EFB | | |
| 5 | (Chipman BSN, RN) | | |
| 6 | | | |
| 7 | on: | | |
| 8 | Bertha Murillo - Public | | 50 00 |
| 9 | Guardian Supervisor | | |
| 10 | 78 Table Mt Blvd - Oroville, CA | | |
| 11 | JoAnn Gilchrist - Cust of Record | | 50 00 |
| 12 | Health Facilities Evaluator Supervisor | | |
| 13 | 126 Mission Ranch Blvd, Chico, CA | | |
| 14 | Court Clerk Supervisor | | |
| 15 | Shari Golden - 1775 Concord Ave | | 50 00 |
| 16 | Chico, CA | | |
| 17 | | | |
| 18 | pd. Tri. Co Bk #2663 → | | $150 00 |

RECEIVED BY Thank You pd

A-5803
T-46320/46360 KEEP THIS SLIP FOR REFERENCE 01-11

Michael Jankins
P.O. Box 3082
Chico, CA 95927

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 12-21-15 |
|---|---|---|

NAME Rickie L. Chipman
ADDRESS PO Box 11503
CITY, STATE, ZIP Bain Bridge Island, Washington 98110

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Served subpoena to produce | | |
| 2 | | documents, information or objects | | |
| 3 | | or to permit inspection of premises | | |
| 4 | | in a civil action case 2:11-cv-02770-TLN-EFB | | |
| 5 | | (Chipman BSN, RN) | | |
| 6 | | | | |
| 7 | | on: | | |
| 8 | | Bertha Murillo - Public | | 50.00 |
| 9 | | Guardian Supervisor | | |
| 10 | | 78 Table Mt Blvd - Oroville CA | | |
| 11 | | Joann Gilchrist Cust. of Records | | 35.00 |
| 12 | | Health Facilities Evaluator Supervisor | | |
| 13 | | 126 Mission Ranch Blvd, Chico CA | | |
| 14 | | Court Clerk Supervisor | | |
| 15 | | Shari Golden - 1775 Concord Ave | | 50.00 |
| 16 | | Chico CA | | |
| 17 | | | | |
| 18 | | pd Tri Co BK #2663 | → | 135.00 |

RECEIVED BY Thank You pd

A-5805 T-46320/46350 KEEP THIS SLIP FOR REFERENCE 01-11

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Rickie L. Chipman
*Plaintiff*
v.
Marcia F. Nelson, et al.,
*Defendant*

Civil Action No. 2:11-cv-02770-TLN-EFB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

* PLEASE REFER TO ATTACHED AFFIDAV.

| Place: SEE AFFIDAVIT | Date and Time: SEE AFFIDAVIT |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/08/2015

CLERK OF COURT

[signature]

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ______, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Rickie L. Chipman, BSN, RN
PO Box 11503
Bainbridge Island, Washington
98110
(206) 855-7831
rickiechipman@yahoo.com

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

RICKIE L. CHIPMAN

Plaintiff, Pro Se

vs.

MARCIA F. NELSON, M.D., ET AL.,

Defendants

Case Number: 2:11-CV-02770-TLN-EFB

**AFFIDAVIT TO WARRANT SUBPEONA FOR CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES**

Judge: Honorable Edmund F. Brennan

Original Complaint Filed: October 20, 2011

JURY TRIAL DEMANDED

I, Rickie L. Chipman, Declare under penalty of perjury that the following to be true:

1. I am the Plaintiff Pro Se in the above entitled matter before the Honorable Judge Edmund F. Brennan. If called upon I could testify to the matters set forth herein based upon my own personal knowledge.

2. For more than four years I have been requesting documents, relevant evidence, from the California Department of Public Health and Human Services, Chico, California. The authorities at this organization have to this date continued to withhold these documents regarding my mother, Mary A. Martin, which, as the Personal Representative of my mother's heirs, and as next of kin, I have a legal right to receive without hesitation, and without any redactions.

3. As her daughter and being a registered nurse, I was appointed as my mother's medical decision maker, by my mother, Mary A. Martin, in 2006, and my father, Richard C. Martin, documented officially in June, 2010. On July 5, 2010, I reported Enloe Medical Center, et al for Elder Abuse against my mother. I received a letter from the California Department of Public Health and Human Services, Chico, California, dated July 6, 2010, confirming this complaint (Complaint No. CA00234495). On July 7, 2010, my disabled mother, Mary A. Martin was illegally abducted from my care as her medical decision maker, with known false accusations, and "temporary" public guardians and counsel were appointed in Butte County Superior Court, Chico, California, AFTER the documented conversation had occurred between defendant Brenda Boggs (AKA Boggs-Hargis) and Joann Gilchrist, Health Facilities Evaluator Supervisor for the California Department of Public Health and Human Services, Chico, California (DPHHS). These appointments, and the months of hearings based on fraud, caused great harm to my mother, and condoned the actual Elder Abuse that continued to my mother's wrongful death, October 20, 2010, one day after the DPHHS report concluded on October 19, 2010 there was "NO Elder Abuse."

4. As relevant evidence in the above entitled Civil Case, I am hereby requesting via supbeona the following information regarding Complaint No. CA00234495:

a. The complete DPHHS file regarding the investigation of this complaint of Elder Abuse against my mother Mary A. Martin by Enloe Medical Center, et al..

b. How this investigation was conducted: All Medication Administration Records (MARs) reviewed, all medical records reviewed, all photographs observed. Who spoke with whom, what files were reviewed? Was my mother physically observed in her room? And, by whom?

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the Eastern California Sacramento

Rickie L. Chipman, BSN, RN
*Plaintiff*
v.
Marcia F. Nelson, M.D. et al.
*Defendant*

Civil Action No. 2:11-cv-02770-TLN-EFB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records Joann Gilchrist, Health Facilities Evaluator Supervisor and California Department of Public Health and Human Services, 126 Mission Ranch Blvd. Chico, CA. 95926
*(Name of person to whom this subpoena is directed)*

☑ ***Production:*** **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: as outlined in attached Affidavit. Re: Claim No: CA 00234495 for Elder Abuse against Mary A. Martin by Enloe Medical Center et. al.

| Place: Rickie L. Chipman PO Box 11503 Bainbridge Island, Washington 98110 | Date and Time: on or before 12-31-15 |
|---|---|

☐ ***Inspection of Premises:*** **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ____________

*CLERK OF COURT*

____________________
*Signature of Clerk or Deputy Clerk*

OR

Rickie Chipman, Pro Se
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Please see attached Affidavit, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* JoAnn Gilchrist - Custodian of Records HEALTH FACILITIES EVALUATOR SUPERVISOR

on *(date)* ______________ .

☑ I served the subpoena by delivering a copy to the named person as follows: ______________

______________ on *(date)* 12-15-15 3:22 PM ; or

☐ I returned the subpoena unexecuted because: ______________

______________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ 50.00 for travel and $ ______________ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 12-15-15

Michael Jenkins
*Server's signature*

MICHAEL JENKINS - PROCESS SERVER
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

Butte Co. Regis. #132
Chico, CA 95927

PO Box 3082, Chico, CA 95927
*Server's address*

Additional information regarding attempted service, etc.:

Rickie L. Chipman, BSN, RN
PO Box 11503
Bainbridge Island, Washington
98110
(206) 855-7831
rickiechipman@yahoo.com

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

RICKIE L. CHIPMAN

Plaintiff, Pro Se

vs.

MARCIA F. NELSON, ET AL.,

Defendants

Case Number: 2:11-CV-02770-TLN-EFB

AFFIDAVIT TO WARRANT SUBPEONA FOR BUTTE COUNTY PUBLIC GUARDIANS OFFICE

Judge: Honorable Edmund F. Brennan

Original Complaint Filed: October 20, 2011

JURY TRIAL DEMANDED

I, Rickie L. Chipman, Declare under penalty of perjury that the following to be true:

1. I am the Plaintiff Pro Se in the above entitled matter before the Honorable Judge Edmund F. Brennan. If called upon I could testify to the matters set forth herein based upon my own personal knowledge.

2. For more than one year I have been requesting documents, relevant evidence, from Butte County Public Guardians Office. The authorities at this organization have to this date continued to withhold these documents regarding my mother, Mary A. Martin, which, as the Personal Representative of my mother's heirs, and next of kin, I have a legal right to receive without hesitation, and without any redactions.

3. As her daughter and being a registered nurse, I was appointed as my mother's medical decision maker, by my mother, Mary A. Martin, in 2006, and my father, Richard C. Martin, documented officially in June, 2010. On July 7, 2010, my mother, Mary A. Martin was illegally abducted from my care, as her medical decision maker, with known false accusations, and "temporary" public guardians were appointed in Butte County Superior Court. Based on known fraudulent testimony by Enloe Medical Center, et al, an inappropriate Ex Parte hearing, which I was not notified of, was allowed by Judge Barbara Roberts to conduct these inappropriate, unnecessary, and illegal appointments. These appointments caused great harm to my mother and her eventual wrongful death.

4. As relevant evidence in the above entitled Civil Case, I am hereby requesting, via subpoena, the complete guardian file, copies of all documents concerning the daily reports denoting actions taken by the temporary appointed State guardians, Joanie O. Mahoney, and Christi Calkins, and their appointed counsel, Kimberly Merrifield, with regard to my mother, Mary A. Martin from July 7, 2010, while she was held captive at Enloe Medical Center and through her transfer to Sacramento County at Kindred Hospital, Folsom, CA to her wrongful death on October 20, 2010, and the guardian's and their counsel's involvement in the final hearing before Judge Barbara Roberts, the day after my mother's wrongful death on October 21, 2010.

Dated December 7, 2015

Respectfully submitted,

Plaintiff Pro Se

/S/ Rickie L. Chipman

Rickie L. Chipman

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the Eastern California Sacramento

Rickie L. Chipman, BSN, RN, Pro Se
*Plaintiff*
v.
Marcia F. Nelson, M.D., et al.
*Defendant*

Civil Action No. 2:11-cv-02770-TLN-EFB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bertha Murillo, Public Guardian Supervisor
Butte County Public Guardians - PO Box 1649 Oroville, CA 95965
*(Name of person to whom this subpoena is directed)*

☑ ***Production:*** **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: as outlined in attached Affidavit. Re: Mary A. Martin DOB: 3-4-1930 from 7-7-2010 through 10-21-2010

| Place: Rickie L. Chipman - P.O. Box 11583, Bainbridge Island, Washington, 98110 | Date and Time: On or before 12-31-16 |
|---|---|

☐ ***Inspection of Premises:*** **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ____________

*CLERK OF COURT*

____________________
*Signature of Clerk or Deputy Clerk*

OR

Rickie Chipman, Pro Se
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ____________ Please see attached Affidavit, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* BERTHA MURILLO- PUBLIC GUARDIAN SUPERVISOR.

on *(date)* ______________ .

☑ I served the subpoena by delivering a copy to the named person as follows: BERTHA MURILLO PUBLIC GUARDIAN SUPERVISOR - 78 TABLE MOUNTAIN BLVD OROVILLE, CA on *(date)* 12/9/15 - 3:38 PM; or

☐ I returned the subpoena unexecuted because: ______________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ 50.00 for travel and $ ______________ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 12-18-15

Michael Jenkins
*Server's signature*

MICHAEL JENKINS PROCESS SERVER
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

Butte Co. Regis. #132
Chico, CA 95927

PO BOX 3082. CHICO, CA
*Server's address*

Additional information regarding attempted service, etc.:

Rickie L. Chipman, BSN, RN
PO Box 11503
Bainbridge Island, Washington
98110
(206) 855-7831
rickiechipman@yahoo.com

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

RICKIE L. CHIPMAN

Plaintiff, Pro Se

vs.

MARCIA F. NELSON, M.D., ET AL.,

Defendants

Case Number: 2:11-CV-02770-TLN-EFB

AFFIDAVIT TO WARRANT SUBPEONA FOR BUTTE COUNTY SUPERIOR COURT, CHICO, CA.

Judge: Honorable Edmund F. Brennan

Original Complaint Filed: October 20, 2011

JURY TRIAL DEMANDED

I, Rickie L. Chipman, Declare under penalty of perjury that the following to be true:

1. I am the Plaintiff Pro Se in the above entitled matter before the Honorable Judge Edmund F. Brennan. If called upon I could testify to the matters set forth herein based upon my own personal knowledge.

2. For more than four years I have been requesting documents, relevant evidence, from Butte County Superior Court, Chico, California. The authorities at this organization have to this date continued to withhold these documents regarding my mother, Mary A. Martin, which, as the Personal Representative of my mother's heirs, and as next of kin, I have a legal right to receive without hesitation, and without any redactions. In addition, due process mandates that I have a legal right to be made aware of evidence held against me, and all accusations made on July 7, 2010, during the secret hearing before Judge Barbara Roberts. Sealing these documents NEVER protected my mother from harm. However, it has protected the real criminals that abducted my mother and held her against her will, isolating her, starving her, mutilating her to her wrongful death. This entire case was based on that "evidence" that I have not seen. "Evidence" that one defendant, Julie Clark-Martin, defendant Enloe Medical Center's, litigation prevention counsel, promptly replied, "that evidence is NOT relevant to this case your honor," when I first requested Honorable Judge Brennan's permission for it to be revealed. One would think that if the sealed evidence is truly incriminating against myself and family, defendants would welcome its admittance into record.

3. As her daughter and being a registered nurse, I was appointed as my mother's medical decision maker, by my mother, Mary A. Martin, in 2006, and my father, Richard C. Martin, documented officially in June, 2010. On July 5, 2010, I reported Enloe Medical Center, et al for Elder Abuse against my mother. I received a letter from the California Department of Public Health and Human Services, Chico, California, dated July 6, 2010, confirming this complaint. On July 7, 2010, my disabled mother, Mary A. Martin was illegally abducted from my care as her medical decision maker, with known false accusations, and "temporary" public guardians were appointed in Butte County Superior Court. Based on known fraudulent testimony by Enloe Medical Center, et al, an inappropriate Ex Parte hearing, which I was not notified of, was allowed by Judge Barbara Roberts to conduct these inappropriate, unnecessary, and illegal appointments. These appointments, and the months of hearings based on fraud, caused great harm to my mother and her eventual wrongful death.

4. As relevant evidence in the above entitled Civil Case, I am hereby requesting, via subpoena, the complete sealed file used as evidence against myself and my family at the inappropriate, unnecessary, and illegal ex Parte hearing of July 7, 2010. By the allowance of this false evidence claiming elder abuse against myself and my family, to be held as true, even though no official claims against myself or my family of elder abuse were EVER filed by Enloe Medical Center, et al., my mother suffered a wrongful death on October 20, 2010. Those multiple hearings before Judge Barbara Roberts based on false evidence that I am again asking to receive copies of, lasted until the day after my mother's wrongful death, on October 21, 2010.

5. As relevant evidence in the above entitled Civil Case, I am also hereby requesting:

a. The Court Minutes for the July 7, 2010 ex Parte hearing.

b. All in attendance at the hearing, and all who were notified of the hearing.

c. Copies of all photographs submitted, all declarations, and all testimony.

d. Identification of what Rule the ex Parte hearing was granted, and How it was illegally decided that Mary A. Martin would become the PLAINTIFF with ENLOE MEDICAL CENTER et al against her own family. Joinder my disabled dependent mother with EMC et al in their fictitious Petition and Strategic Lawsuit Against Public Participation (S.L.A.P.P.) suit against myself and my family.

e. Explanation of how Injunctive Relief was granted, and Orders to Stop Harassment was granted, when the only harassment was against my mother, my father, myself, and my family.

Dated December 7, 2015

Respectfully submitted,

Plaintiff Pro Se

/S/ Rickie L. Chipman

Rickie L. Chipman

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the Eastern California Sacramento

Rickie L. Chipman, BSN, RN,
Plaintiff Pro Se
v.
Marcia F. Nelson, M.D. et al.
Defendant

Civil Action No. 2:11-cv-02770 -TLN-EFB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Court Clerk and/or Court Clerk Supervisor
Butte County Superior Court - 1775 Concord Ave. Chico, CA 95928
(Name of person to whom this subpoena is directed)

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: as outlined in attahed Affidavit. Re: Case # PR39613 filed 7/7/2010 and related case # PR 39620 filed 7/13/2010.

| Place: Rickie L. Chipman - P.O. Box 11503 Bainbridge Island, Washington 98110 | Date and Time: on or before - 12-31-15 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ______________

CLERK OF COURT

Signature of Clerk or Deputy Clerk

OR

Rickie Chipman, Pro Se
Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing (name of party) Please see attached Affidavit., who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Court Clerk Supervisor Shari Golden

on *(date)* ______________ .

☑ I served the subpoena by delivering a copy to the named person as follows: Shari Golden Court Clerk Supervisor

on *(date)* 12-21-15 8:40 AM ; or

☐ I returned the subpoena unexecuted because: ______________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ 50.00 for travel and $ ______________ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 12-21-15

Michael Jenkins
*Server's signature*

Michael Jenkins - Process Server
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

Butte Co. Regis. #132
Chico, CA 95927

PO Box 3082, Chico, CA 95927
*Server's address*

Additional information regarding attempted service, etc.:

Superior Court of California
County of Butte
Shari Golden
Court Operations Supervisor
North Butte County Courthouse
1775 Concord Avenue
Chico, CA 95928
Facsimile: (530) 538-7042
www.buttecourt.ca.gov
Butte County Courthouse
One Court Street
Oroville, CA 95965
Telephone: (530) 532-7087
Email: sgolden@buttecourt.ca.gov

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

403380-U

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 2-24-16 |
|---|---|---|

NAME Rickie Chipman
ADDRESS P.O. Box
CITY, STATE, ZIP Bainbridge Island, CA

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Drove to Fresno and served | | |
| 2 | Subpoenas Dues Tecum to products | | |
| 3 | And things At Trial Case 2:11-CV 02770TLN-EFB | | |
| 4 | (Chipman) | | |
| 5 | on: | | |
| 6 | Dirk Potter | | 45 00 |
| 7 | 20 Independence | | |
| 8 | Chico, CA | | |
| 9 | Jane Stansell | | 45 00 |
| 10 | 901 Bruce Rd #170 Chico, CA | | |
| 11 | Enloe Medical Center | | |
| 12 | Patient Financial Services | | 45 00 |
| 13 | Shawna Bartels - Customer Service Rep | | |
| 14 | 1390 E. Lassen Ave, Chico, CA | | |
| 15 | Vibra Health Care - Western Billing Office | | |
| 16 | Terry Beck - Admin. Asst | | 45 00 |
| 17 | 6730 N. West Ave #109, Fresno, CA | | |
| 18 | Travel 8. hrs | | 320 00 |

RECEIVED BY Tri Co Bk #2618 - 400.00 Tri Co Bk #2602 100.00 — 500 00 pd

KEEP THIS SLIP FOR REFERENCE

A-6805 T-46320/46350 01-11



Michael [illegible]
P.O. Box 3082
Chico, CA 95927

- U

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 2.24.16 |
|---|---|---|

NAME Rickie Chipman
ADDRESS P.O. Box
CITY, STATE, ZIP Bainbridge Island, CA

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Drove to Fresno and served | | |
| | Subpoenas Duces Tecum to products | | |
| | and things at trial case 2:11-CV-02770TLN-EFB | | |
| | (Chipman) | | |
| | on: | | |
| | Dirk Potter | | 45 00 |
| | 26 Independence | | |
| | Chico, CA | | |
| | Jane Stansell | | 45 00 |
| | 901 Bruce Rd #770 Chico, CA | | |
| | Enloe Medical Center | | |
| | Patient Financial Services | | 45 00 |
| | Shawna Bartels - Customer Service Rep | | |
| | 1390 E. Lassen Ave, Chico, CA | | |
| | Vibra Health Care - Western Billing Office | | |
| | Terry Beck - Admin. Asst | | 45 00 |
| | 6730 N. West Ave #109, Fresno, CA | | |
| | Travel 8 hrs | | 320 00 |

RECEIVED BY Tri. Co BK #2678 - 400 = Tri Co BK #2680 100 00 500 00 pd

A-5805
T-45320/46350

KEEP THIS SLIP FOR REFERENCE

01-11

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Chipman,
*Plaintiff*
v.
Nelson, et al.,
*Defendant*

Civil Action No. 2:11-cv-02770-TLN-EFB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Jane E. Stansell 901 Bruce Rd. #170, Chico, CA 9592

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See : Attached Documents 461 pages 1-3, Doc. 465 pages 1-5. →

| Place: Rickie Chipman, Plaintiff Pro Se P.O. Box 11503 Bainbridge Is, WA. 98110 | Date and Time: Within 14 days of Service |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/09/2016

*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Rickie L. Chipman, PA Pro Se
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jane E. Stansell Munoz/Lucas 520 Capitol Mall #520 Sac. CA. 95814 (916) 565-0300, who issues or requests this subpoena, are: Plaintiff, Pro Se Rickie Chipman (personal representative Mary A. Martin) P.O. Box 11503 Bainbridge Island, WA. 98110

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:11-cv-02770-TLN-EFB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* JANE STANSELL

on *(date)* ______________ .

☒ I served the subpoena by delivering a copy to the named person as follows: JANE STANSELL 901 BRUCE ROAD #170 CHICO CA 95928

on *(date)* 2-24-16 - 2:15PM ; or

☐ I returned the subpoena unexecuted because: ______________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ 45.00 for travel and $ ______ for services, for a total of $ ~~0.00~~ MJ. $45.00 .

I declare under penalty of perjury that this information is true.

Date: 2-24-16

Michael Jenkins [signature]
*Server's signature*

MICHAEL JENKINS
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

Sutter Co. Regis. #132
Chico, CA 95927

P.O. BOX 3082 Chico, CA 95927
*Server's address*

Additional information regarding attempted service, etc.:

# *Attachment C*

***Copy of ~***

**PROOF OF SERVICE**

**To defendant Jane E. Stansell**
**on February 24, 2016**
**@ 2:15 pm**

***BY SERVER***

• 477-3, IS — Docketed "PROOF OF SERVICE" 2/24/2016!

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:11-cv-02770-TLN-EFB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* JANE STANSELL

on *(date)* ________ .

☒ I served the subpoena by delivering a copy to the named person as follows: JANE STANSELL 901 BRUCE ROAD #170 CHICO, CA 95928

on *(date)* 2-24-16 - 2:15PM ; or

☐ I returned the subpoena unexecuted because: ________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ________ .

My fees are $ 45.00 for travel and $ ________ for services, for a total of $ ~~0.00~~ MJ. $45.00

I declare under penalty of perjury that this information is true.

Date: 2-24-16

Michael Jenkins
*Server's signature*

MICHAEL JENKINS
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 9592?

Butte Co. Re[illegible]
Chico [illegible]5927

P.O. BOX 3082 Chico, CA 95927
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| Chipman, *Plaintiff* v. Nelson, et al., *Defendant* | Civil Action No. 2:11-cv-02770-TLN-EFB |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Dirk Potter of: Jacobs, Anderson, Potter & Chaplin LLP (530) 342-6144
20 Independence Circle, Chico, CA 95973 info@japc-law.com
(Name of person to whom this subpoena is directed)

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See: attached Documents 460 pages 1-3 + Doc. 464 pages 1-5. →

| Place: Rickie Chipman, Plaintiff Pro Se P.O. Box 11503 Bainbridge Is. WA. 98110 | Date and Time: Within 14 days of Service. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/09/2016

*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Rickie L. Chipman, RN
Pro Se *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Dirk Potter Sommer/Green 1520 Eureka Rd. # 100 Roseville, CA 95661 (916) 781-2550, who issues or requests this subpoena, are:
Plaintiff, Pro Se Rickie Chipman (personal representative - Mary A. Martin) P.O. Box 11503 Bainbridge Is, WA. 98110

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

See: Attached Documents 460 Pages 1-3. + 464 Pages 1-5 →

(Copy)

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:11-cv-02770-TLN-EFB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Dirk Potter

on *(date)* ______________ .

☒ I served the subpoena by delivering a copy to the named person as follows: Dirk Potter 20 Independence Circle, Chico, CA 95973

on *(date)* 2-24-16 ; or

☐ I returned the subpoena unexecuted because: ______________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ 45.00 for travel and $ ______ for services, for a total of $ ~~0.00~~ MJ $45.00

I declare under penalty of perjury that this information is true.

Date: 2-24-16

[signature]
*Server's signature*

Michael Jenkins
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

Butte Co. Regis. #132
Chico, CA 95927

P.O. Box 3082 Chico, CA
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Chipman, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:11-cv-02770-TLN-EFB |
| Nelson, et al., | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Attn: Jessica and/or Shauna Bartels – Patient Account/Financial Supervisor Located @ Enloe Lassen Campus % Patient Financial Services/Billing Dept. 1390 East Lassen Ave. Chico, CA 95973–7823

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See: Attached documents 462 pages 1–3. 462-1 page 1 + Doc. 466 3 pages. →

| Place: Rickie L. Chipman Plaintiff Pro Se C/O: J. Davis 7617 Cutler Ave. Orland, CA 95963 | Date and Time: within 14 days of Service. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/09/2016

*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Rickie L. Chipman, RN
ProSe *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Enloe/Andrada & Ass. 180 Grand Ave. #225 Oakland, CA 94612 (510) 287-4160, who issues or requests this subpoena, are:

Plaintiff, Pro Se Rickie Chipman (personal representative-Mary A Martin) P.O. Box 11503 Bainbridge Is, WA. 98110

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

See: Attached Documents! 462 1-3 + 462-1 1 page →

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:11-cv-02770-TLN-EFB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ENLOE MEDICAL CENTER PATIENT FINANCIAL SERVICES

on *(date)* ______ .

☐ I served the subpoena by delivering a copy to the named person as follows: Enloe Medical Center Patient Financial Services - Shawna Bartels, Customer Service Rep 1390 E. Lassen Ave, Chico, CA 95973 on *(date)* 2-24-16-1:30 P.M.; or

☐ I returned the subpoena unexecuted because: ______

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______ .

My fees are $ 45.00 for travel and $ ______ for services, for a total of $ ~~0.00~~ MJ. $45.00

I declare under penalty of perjury that this information is true.

Date: 2-24-16

[signature]
*Server's signature*

Michael Jenkins
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

Butte Co. Regis. #132
Chico, CA 95927

PO Box 3082 Chico, CA 95926
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Chipman,
*Plaintiff*
v.
Nelson, et al.,
*Defendant*

Civil Action No. 2:11-cv-02770-TLN-EFB

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: VIBRA HEALTHCARE Western Billing Office/Officials (Re: 2010 Kindred Sacramento-Folsom Hospital Bill (for Mary A. Martin)
6730 N. West #109 ~ Fresno, CA 93711-430 ← Address to be "Served"

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See: Attachment Doc. 463 (1-3) and 463-1 Page 1 of 1 + 467 4 pages →

Mail Requested Documents To:

| Place: Rickie L. Chipman, Plaintiff ProSe P.O. Box 11503 Bainbridge Is. WA. 98110 | Date and Time: Within 14 days of Service. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/09/2016

CLERK OF COURT

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Rickie L. Chipman, PR
ProSe *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Supple & Canvel 2320 Marinship Way #301, Sausalito, CA 94965 415.366.5533, who issues or requests this subpoena, are:
Plaintiff, Pro Se Rickie Chipman (personal representative - Mary A. Martin) P.O. Box 11503 Bainbridge WA 98110

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4). See: Attached Documents 463/(3 pages) + (4 pages) + 463-1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:11-cv-02770-TLN-EFB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Vibra Healthcare Western Billing Office

on *(date)* ______________ .

☒ I served the subpoena by delivering a copy to the named person as follows: Vibra Healthcare Western Billing Office - Agent: Terry Beck Admin. Assistant 6730 N. West Ave. #109 Fresno CA 93711-430 on *(date)* 2-23-16-8:40 Am ; or

☐ I returned the subpoena unexecuted because: ______________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ 45.00 for travel and $ 320.00 for services, for a total of $ ~~0.00~~ 365.00 MJ.

I declare under penalty of perjury that this information is true.

Date: 2-23-16

Michael Jenkins
*Server's signature*

Michael Jenkins
*Printed name and title*

Michael Jenkins
P.O. Box 3082
Chico, CA 95927

Butte Co. Regis. #...
Chico, CA 95927

PO Box 3082 Chico, CA 95926
*Server's address*

Additional information regarding attempted service, etc.:

To: Terry Beck Vibra Billing

c. Copies of all photographs submitted, all declarations, and all testimony.

d. Explanation of how this complaint, made on July 5, 2010, was investigated two months later, on September 8, 2010, while great harm was coming to a disabled dependent elder, my mother, and concluded that no Elder Abuse was present on October 19, 2010, one day before her wrongful death.

Dated December 7, 2015

Respectfully submitted,

Plaintiff Pro Se

/S/ Rickie L. Chipman

Rickie L. Chipman



06/07/2016 12:05 530--891-0638 FEDEX OFFICE 5132 PAGE 29