UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICKIE L. CHIPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARCIA F. NELSON, M.D., ENLOE MEDICAL CENTER, JOSEPH M. MATTHEWS, M.D., GERARD R. VALCARENGHI, M.D., DALE J. WILMS, M.D., DINESH VERMA, M.D., ATTILA KASZA, M.D., JUDGE BARBARA S. ROBERTS, CHRISTI CALKINS, JOANIE O. MAHONEY, JANE STANSELL, JULIE CLARK-MARTIN, DIRK POTTER, BRENDA BOGGS-HARGIS, KINDRED HOSPITAL-FULSOM, EVA LEW, M.D., MARK AVDALOVIC, M.D., et al.,<br><br>    Defendants. | Case No. 2:11-CV-02770-TLN-EFB<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANTS EVA LEW, M.D. AND MARK AVDALOVIC, M.D.** |

    Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiff RICKIE L. CHIPMAN ("Plaintiff") and Defendants EVA LEW, M.D. and MARK AVDALOVIC, M.D. ("Defendants") by and through their counsel, have stipulated that Plaintiff's claims against Defendants EVA LEW, M.D. and MARK AVDALOVIC, M.D. in this action will be dismissed with prejudice. (Stipulation, ECF No. 544.)

    In return for that voluntary dismissal, Defendants EVA LEW, M.D. and MARK AVDALOVIC, M.D. have agreed to waive any claims against Plaintiff arising from this action including any claim for costs or fees they may otherwise have against Plaintiff. Defendants also agree to waive any retaliatory action they may have against Plaintiff arising out of this litigation.

    Given the foregoing stipulation (ECF No. 544), and good cause appearing, it is hereby ordered

1 | that pursuant to FRCP 41(a)(2) defendants EVA LEW, M.D. and MARK AVDALOVIC, M.D. are
2 | hereby dismissed, with prejudice, from Action No. 2:11-CV-02770-TLN-EFB.
3 |    IT IS SO ORDERED.
4 | Dated: August 31, 2016

Troy L. Nunley
United States District Judge