1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RICKIE L. CHIPMAN,<br><br>　　　　　　　Plaintiff, Pro Se,<br><br>　vs.<br><br>MARCIA F. NELSON, M.D., ENLOE MEDICAL CENTER, JOSEPH M. MATTHEWS, M.D., GERARD R. VALCARENGHI, M.D., DALE J. WILMS, M.D., DINESH VERMA, M.D., ATTILA KASZA, M.D., JANE STANSELL, JULIE CLARK-MARTIN, DIRK POTTER, BRENDA BOGGS-HARGIS, KINDRED HOSPITAL SACRAMENTO, EVA LEW, M.D., MARK AVDALOVIC, M.D., and DOES 1 through 25,<br><br>　　　　　　　Defendants. | CASE NO. 2:11-CV-02770-TLN-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL SACRAMENTO** |

　　　　Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiff RICKIE L. CHIPMAN ("Plaintiff') and Defendant THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL SACRAMENTO ("Defendant") by and through their counsel, have stipulated that Plaintiff's claims against Defendant THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL SACRAMENTO in this action will be dismissed with prejudice.

1  In return for that voluntary dismissal, Defendant THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL SACRAMENTO has agreed to waive any claims against Plaintiff arising from this action including any claim for costs or fees they may otherwise have against Plaintiff. Defendant also agreed to waive any retaliatory action they may have against Plaintiff arising out of this litigation.

 Plaintiff stipulated that she will never bring a claim against Defendant THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL SACRAMENTO in the future regarding the care of Plaintiff's decedent, Mary Martin.

 Based upon the foregoing Stipulation of the parties (*see* Stip., ECF No. 546), and good cause appearing, it is hereby ordered that pursuant to FRCP 41(a)(2) Defendant THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL SACRAMENTO is hereby dismissed, with prejudice, from Action No. 2:11-CV-02770-TLN-EFB.

Dated: September 8, 2016

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT
THC ORANGE COUNTY, INC. DBA KINDRED HOSPITAL SACRAMENTO   2:11-CV-02770-TLN-EFB