1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKIE L. CHIPMAN,                         No.  2:11-cv-2770-TLN-EFB PS

12            Plaintiff,

13        v.                                     ORDER

14   MARCIA F. NELSON, M.D., et al.,

15            Defendants.

16

17        On September 15, 2016, the magistrate judge filed findings and recommendations herein,

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  Plaintiff filed objections on

20   September 29, 2016.

21        This Court reviews de novo those portions of the proposed findings of fact to which

22   objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

23   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

24   to any portion of the proposed findings of fact to which no objection has been made, the Court

25   assumes its correctness and decides the motions on the applicable law.  See Orand v. United

26   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

27   reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

28   / / /

1    The Court has reviewed the applicable legal standards and, good cause appearing,

2    concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

3    IT IS ORDERED that:

4    1.  The findings and recommendations filed September 15, 2016, are adopted;

5    2.  Defendant Merrifield's motions to dismiss (ECF Nos. 419, 452) are granted and all

6    claims against her are dismissed without leave to amend;

7    3.  Defendant Matthews's motion to dismiss Plaintiff's wrongful death claim (ECF No.

8    412) is denied;

9    4.  Defendants Enloe Medical Center ("EMC"), Boggs, and Nelson's motion for judgment

10   on the pleadings (ECF No. 404) is granted in part and denied in part as follows:

11       a.  The motion is granted as to all claims against Nelson and Boggs; and

12       b.  The motion is granted as to all claims against EMC, except Plaintiff's wrongful

13           death claim based on Defendant Matthews's conduct; and

14   5.  Defendants Stansell and Potter's motions for entry of judgment (ECF Nos. 448, 450)

15   are denied.

16

17   Dated: October 6, 2016

18

19

20                                              Troy L. Nunley
                                                United States District Judge
21

22

23

24

25

26

27

28

2