UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE L. CHIPMAN, | No. 2:11-cv-02770-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| MARCIA F. NELSON, *et al.*, | |
| Defendants. | |

  On October 19, 2023, the Court heard oral arguments on the motions in limine and requests for judicial notice pending before the Court. (ECF No. 700.) Following the Court's issuance of ruling on the motions and requests, Defendant Enloe Medical Center ("EMC") lodged with the Court a Motion to Dismiss and Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure ("Rule") 12(b)(6) and 12(c), accordingly. For the reasons set forth below, the Court DENIES Defendant's motion.

///

///

///

///

///

1

In the instant motion to dismiss and motion for judgment on the pleadings, EMC argues this action should be dismissed because Plaintiff Rick Chipman ("Plaintiff") does not have sufficient evidence to support her wrongful death cause of action.

A motion under Rule 12(b)(6) must be filed no later than twenty-one days after the operative complaint, counterclaim, or crossclaim is served and must be filed prior to filing an answer. Fed. R. Civ. P. 12(b). EMC filed their answer to Plaintiff's fifth amended complaint on November 17, 2014. Thus, the Court DENIES EMC's motion under Rule 12(b)(6) as untimely.

A motion for judgement on the pleadings under Rule 12(c) may be filed "[a]fter the pleadings are closed—but early enough not to delay trial." Fed. R. Civ. P. 12(c). "Generally, a Rule 12(c) motion is considered timely if it is made early enough not to delay trial or cause prejudice to the non-movant." 5C Charles Allen Wright et al, Federal Practice and Procedure § 1367 (3d ed. 2015). EMC lodged their motion two days before trial is set to begin. Nowhere in EMC's briefing does EMC offer an explanation as to why EMC did not file this motion sooner, nor did EMC explain how granting its motion on the eve of trial would not unfairly prejudice Plaintiff. Thus, the Court DENIES EMC's motion under Rule 12(c) as untimely.

Accordingly, the Court DENIES EMC's motion to dismiss and motion for judgment on the pleadings.

Date: October 24, 2023

Troy L. Nunley
United States District Judge

2