UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICKIE L. CHIPMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>ENLOE MEDICAL CENTER, and JOSEPH M. MATTHEWS, MD.,<br><br>          Defendants. | Case No.   2:11-cv-02770-TLN-EFB<br><br>**CIVIL JURY TRIAL MINUTES**<br><br>Date:            October 31, 2023<br>Deputy Clerk:   Michele Krueger<br>Court Reporter: Jenny Wood/ECRO |

**Appearance for Plaintiff:**              **Appearances for Defendants:**

Rickie L. Chipman, In Pro Per              Randy Andrada, Steven McKinley and Spencer Pavelchik

Proceedings: Jury Trial (Day 5) – Evidence Entered, Defendants' Motion for Judgment, and Trial Completed by Directed Verdict

9:17   Counsel, parties and jurors present. Plaintiff recalled herself to testify on direct.

9:58   Plaintiff rests.

9:59   The jurors were admonished and excused for a morning recess. The Court heard oral argument on Defendants' Motion for Judgment as a Matter of Law pursuant to Rule 50 (ECF No. 707), and for the reasons stated on the record, the Motion was Granted.   Judgment to be entered in favor of Defendants.

10:38   The Court thanked and excused the jurors.

10:42   Court adjourned.